**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DAVID FISH,

Plaintiff,

v.

TOWNSQUARE MEDIA, INC.,

Defendant.

Civil Action No.:

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, David Fish ("Fish" or "Plaintiff"), brings this complaint in the United States District Court for the Southern District of New York against Townsquare Media, Inc. ("Townsquare" or "Defendant"), alleging as follows:

## THE PARTIES

1. Fish is an experienced commercial photographer of over fifteen years, specializing in architectural, interior, and real estate photography. Fish resides in Meridian, Idaho.

2. Townsquare is a Corporation organized and existing under the laws of the State of Delaware with its principal place of business located in Purchase, New York. Defendant's agent is Corporation Service Company and can be served at its registered address located at 251 Little Falls Drive, Wilmington, Delaware, 19808.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because Defendant has maintained sufficient minimum contacts with the State of New York and as a result the exercise of personal jurisdiction over Defendant by this Court would not offend traditional notices of fair play and substantial justice.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

## FACTS

### I. The Photographs at Issue in this Lawsuit

6. On July 7, 2016, and April 11, 2018, respectively, Fish captured the photographs, "1700 E Warm Springs Ave 01," and "DS29581 Edit," ("Copyrighted Photographs 1") copies of which are exhibited below:





7. "1700 E Warm Springs Ave 01" was registered by David Fish with the United States Copyright Office on September 17, 2021 (Registration No.: VA 2-270-003).

8. "DS29581 Edit" was registered by David Fish with the United States Copyright Office on January 12, 2021 (Registration No.: VA 2-239-682).

9. On June 1, 2020, Fish captured the photographs, "20200601-_DS27409," "20200601-_DS27441," "20200601-_DS27494," "20200601-_DS27533," "20200601-_DS27549," "20200601-_DS27612," "20200601-_DS27646," "20200601-_DS27756," "20200601-DJI_0014," and "20200601-DJI_0016" ("Copyrighted Photographs 2"), copies of which are exhibited below:





















10. Copyrighted Photographs 2 were registered by David Fish with the United States Copyright Office on January 13, 2021 (Registration No.: VA 2-239-659).

11. On April 2, 2021, Fish captured the photographs, "20210412-1641 W Silver Crest Dr-04," "20210412-1641 W Silver Crest Dr-08," and "20210412-1641 W Silver Crest Dr-18" ("Copyrighted Photographs 3") (together with Copyrighted Photographs 1 and 2, "Plaintiff's Copyrighted Photographs"), copies of which are exhibited below:







12. Copyrighted Photographs 3 were registered by David Fish with the United States Copyright Office on April 16, 2021 (Registration No.: VA 2-251-201).

13. For all times relevant to this action, Plaintiff has been the author and exclusive copyright holder of all copyright rights in and to Plaintiff's Copyrighted Photographs. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

## II. Defendant's Unlawful Activities

14. Defendant is a digital media and radio marketing company specializing in public relations, customer support, and brand awareness. Defendant owns and operates hundreds of radio stations across the United States with corresponding local news and entertainment websites.

15. As early as January 1, 2018, Defendant copied and posted Copyrighted Photographs 1 to the following website(s):

- https://townsquare.media/site/660/files/2018/01/IS2nep3tjhw5im0000000000.jpg?w=630&h=420&zc=1&s=0&a=t&q=89
- https://townsquare.media/site/660/files/2018/04/Hillcrest_01.jpg?w=1200&h=0&zc=1&s=0&a=t&q=89
- https://liteonline.com/5-things-you-didnt-know-about-the-boise-castle
- https://liteonline.com/4-boise-mansions-you-could-buy-if-you-win-the-mega-millions
- https://liteonline.com/the-richest-zip-codes-in-idaho
- https://liteonline.com/5-boise-mansions-you-could-buy-if-you-win-the-mega-millions
- https://liteonline.com/6-homes-with-pools-to-keep-you-cool-in-the-treasure-valley/
- https://983thesnake.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-needs
- https://kezj.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-needs
- https://newsradio1310.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-needs
- https://kissfm1053.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-needs
- https://keyw.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-needs



107.9 LITE FM

HOME | DJS | LISTEN | WIN STUFF | MOBILE APP | PLAYLIST | CONTACT | LITE NEWSLETTER

LISTEN NOW

TRENDING: BET YOUR DESK | VOTE NOW: MOTHER DAUGHTER LOOK-ALIKE CONTEST | BOISE MUSIC FESTIVAL | DOUGHNUT DASH | LITE APP | BOISE EATS | BOISE LUXURY HOMES | IDAHO ROAD TRIP PLANNER

# THE RICHEST ZIP CODES IN IDAHO

Carly | Published: September 18, 2019

Group One Sotheby's International Realty

IDAHO STATE LAW: IT'S ILLEGAL TO LIVE IN THIS TYPE OF STRUCTURE

SHARE ON FACEBOOK

SHARE ON TWITTER

I can't wrap my brain around this kind of money, but we've got some very wealthy people in the state of Idaho and here's where they tend to live

A new study by **msn.com** shows the richest zip codes across the country and this is what they found in the Gem State.

**1. Hill City, Idaho 83337** (located about an hour and a half southeast of Boise.)

The median income in Hill City is $244,091 (what do these people do for a living?!)

There are only 28 households in Hill City, so its a pretty exclusive community, but very well to do.

**2. Viola, Idaho 83872** (up north on the Idaho/ Washington border, about 5 1/2 hours away.)

The median income in Viola is $99,886

259 households live here, so again it's very exclusive.

**3. Grace, Idaho 83283** (4 1/2 hours away in the southeastern corner of the state.)

The median income in Grace is $89,063

Only 59 households live in Grace, which is probably why I've never heard of it before. Have you?!

**4. Atlanta, Idaho 83716** ( a 3 1/2 hour drive towards Stanley.)

The median income in Atlanta is $85,259

Again, not a ton of people live here. There are 6,399 households in Atlanta, Idaho.

**Filed Under:** newsletter, Rich, wealthy

**Categories:** Local News

Comments

LEAVE A COMMENT

BACK TO TOP


107.9 LITE FM
5 BOISE MANSIONS YOU COULD BUY IF YOU WIN THE MEGA MILLIONS


107.9
LITE FM
6 HOMES WITH POOLS TO KEEP YOU COOL IN THE TREASURE VALLEY

107.9 LITE FM

HOME | DJS | LISTEN | WIN STUFF | MOBILE APP | PLAYLIST | CONTACT | LITE NEWSLETTER

LISTEN NOW

TRENDING: | VOTE NOW: MOTHER DAUGHTER LOOK-ALIKE CONTEST | BOISE MUSIC FESTIVAL | DOUGHNUT DASH | LITE APP | BOISE EATS | BOISE LUXURY HOMES | IDAHO ROAD TRIP PLANNER






# 4 BOISE MANSIONS YOU COULD BUY IF YOU WIN THE MEGA MILLIONS

Michelle Heart | Published: July 24, 2018

Group One Sotheby's International Realty

SHARE ON FACEBOOK

SHARE ON TWITTER

The Mega Millions jackpot has topped $500 million and will just keep growing until the winning numbers are pulled on Tuesday night!

If you're the one left standing with the lucky ticket, what would you spend the cash on? I've had a dream of building my own backyard roller coaster since I was in elementary school. Combine my love of coasters with an idea I got from a Sweet Valley Kids book, you have a woman in her 30s still believing that dreams do come true! But, let's be honest. Roller coasters aren't everyone's cup of tea. Maybe you get motion sickness and rather buy a HUGE house with your winnings. Check out these 4 HUGE Boise mansions you could afford with your Mega Millions winnings!

### 6381 E Wild Horse Ln - $3.1 Million



Image 1 of 16 — Group One Sotheby's International Realty

- 5 Beds, 7.5 Baths
- 10,757 Square Feet
- Amenities include: Indoor pool/hot tub, wine cellar, two master bedrooms

### 1700 E Warm Springs Avenue - $2.7 Million



Image 1 of 11 — Group One Sotheby's International Realty

- 5 beds, 6.5 baths
- 5,845 Square Feet
- Amenities include: Rooftop terrace living area with torchlights, firefit, dragon fountain/hot tub, stone bar and greenhouse, made of Idaho sandstone and reclaimed hardwood...and it's the Boise Castle, duh!

107.9 LITE FM

HOME | DJS | LISTEN | WIN STUFF | MOBILE APP | PLAYLIST | CONTACT | LITE NEWSLETTER

LISTEN NOW

TRENDING: BET YOUR DESK | VOTE NOW: MOTHER DAUGHTER LOOK-ALIKE CONTEST | BOISE MUSIC FESTIVAL | DOUGHNUT DASH | LITE APP | BOISE EATS | BOISE LUXURY HOMES | IDAHO ROAD TRIP PLANNER



# 5 THINGS YOU DIDN'T KNOW ABOUT THE BOISE CASTLE

Michelle Heart | Published: May 24, 2018

Image via Zillow




SHARE ON FACEBOOK | SHARE ON TWITTER

The iconic home on Warm Springs Avenue is back on the market for $2.7 million! You may have driven past it hundreds of times, but we bet you didn't know this!

My old neighborhood was off of Warm Springs and I must have ran past the "Boise Castle" once a week the entire time I lived over there. It wasn't until the house went on the market in 2016 (for $3.4 million at the time) that I became really curious about what the inside of the 5 bedroom, 7 bathroom house looked like.

Built in 2010, the sandstone castle looks like something out of Medieval times with a 220 pound iron front door, gargoyle and dragon artwork, suits of armor, a theater in the round, roof top jacuzzi, barttop and torch-lights. You can take a peek around in the video below! Then test how much you REALLY know about the home with some fun facts we found on a **website** dedicated to this Idaho landmark!

FYI, the house was relisted on **Zillow** just 40 days ago.




**1700 E Warm Springs Ave-01** from **Blu Fish Photography** on **Vimeo**

## 1 It's a TV Favorite

It's long been rumored that MTV shot an episode of "Cribs" at the house, but that's not exactly what happened. It wasn't MTV who visited the home and the visit happened long after "Cribs" reached it's peak popularity. A film crew stopped in the Treasure Valley to grab some shots of for a hip-hop video in 2015. I looked around but couldn't find out what artist used it in their video.

HGTV filmed there for Extreme homes in 2013, the same year that CBS News had its local affiliate take a **walk through the home**. The Discovery Channel **shot a piece** on its rooftop in 2012, but it didn't have anything to do with the home itself.

## 2 Even Shakespeare Would Love It

I say that because both the Shakespeare Festival and Ballet Idaho hosted Shakespeare themed events at the castle. The festival performed did a reading of *Equivocation* as a fundraiser in 2012. The play wasn't written by Shakespeare himself, but asked the question what if the government asked William Shakespeare to write the true history of an assassination attempt on King James I known as the Gunpowder Plot.

When Ballet Idaho was scheduled to perform Shakespeare's *Romeo & Juliette* in 2011 they shot their program and promotional photos on the rooftop.

## 3 It's Built Primarily With Materials from Idaho

The home may look like something straight our of England or France, but its about as Idaho as it can get. The sandstone used on the exterior is 90% locally sourced. During construction, builders didn't have to go to another city to pick up that stone. It came from the quarry near Table Rock.

## 4 The Sculptures Have Names

If you're going to have a gargoyle and dragon hanging around, why wouldn't you name them? The gargoyle's name is Zuul. The suit of armor upon entry is affectionately known as George. The iron anglerfish sculpture is called Fred and that gorgeous, wooden dragon sculpture goes by Pete.

## 5 It's a Popular Halloween Destination

Who wouldn't want to go trick-or-treat at a "haunted castle?" During the Halloween season more than 1,000 costume kiddos stop by for candy. According to Boisecastle.com, they hand out over 3,000 pieces of candy. You can't help but wonder if that's a stipulation on buying the home.

**Filed Under:** Boise Castle, newsletter, Real Estate

**Categories:** Local News

Comments | LEAVE A COMMENT

BACK TO TOP

https://983thesnake.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-needs/

AD
Easy Print
Print This Page
OPEN

98.3 THE SNAKE

HOME | ON AIR | LISTEN | APP | CONTESTS | WEATHER | CONTACT

LISTEN NOW
Jen Austin

SUMMER SIZZLE | PET PHOTO CONTEST | DOWNLOAD SNAKE APP | BOISE STATE FOOTBALL / BASKETBALL | DINING DEALS - SEIZE THE DEAL



# A MOAT TO KEEP SOLICITORS OUT IS ALL THIS IDAHO CASTLE HOME NEEDS

Greg Jannetta | Published: March 2, 2022

YouTube

SHARE ON FACEBOOK | SHARE ON TWITTER

Did you know that just down the street from the **Old Idaho Penitentiary** in Boise sits a five-bedroom, architectural piece of art? I first passed by the property two summers ago when I took part in a tour of the prison that opened its doors in 1872.

The Old Idaho State Penitentiary turns 150 years old this year. This also means it began operating the same year **Yellowstone National Park** was founded, which celebrated its anniversary officially on March 1. What might be equally as interesting as the penitentiary up the road, is a medieval-inspired home located just blocks away.

I've stood in front of the dwelling known by many as the "**Boise Castle Home**," and marveled at this incredible

AD
View PDF
VIEW
Open

AS HEARD ON-AIR

TWIN FALLS
63° | JUL 2 TUESDAY

AD
View PDF
VIEW
Open

https://keyw.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-needs/

98.3 THE KEY TODAY'S BEST MUSIC

AD QuickLiveNews
1 Click 'WATCH LIVE' 2 Add app 3 Access live news online
WATCH LIVE >

HOME | ON AIR | LISTEN | APP | WIN STUFF | WEATHER | CONTACT | LISTEN NOW Ashley & Brad

WHAT'S HOT: DUA LIPA AT ACL | TICKET COUNTER | DOWNLOAD OUR APP | TRI-CITIES NEWS | HOMETOWN MOMENTS



# A MOAT TO KEEP SOLICITORS OUT IS ALL THIS IDAHO CASTLE HOME NEEDS

Greg Jannetta | Published: March 2, 2022

YouTube

SHARE ON FACEBOOK SHARE ON TWITTER

Did you know that just down the street from the **Old Idaho Penitentiary** in Boise sits a five-bedroom, architectural piece of art? I first passed by the property two summers ago when I took part in a tour of the prison that opened its doors in 1872.

The Old Idaho State Penitentiary turns 150 years old this year. This also means it began operating the same year **Yellowstone National Park** was founded, which celebrated its anniversary officially on March 1. What might be equally as interesting as the penitentiary up the road, is a medieval-inspired home located just blocks away.

I've stood in front of the dwelling known by many as the "**Boise Castle Home**," and marveled at this incredible property that sticks out like a sore thumb in the surrounding neighborhood. It's actually a cool area of Boise, as the **Idaho Botanical Gardens** and the **Outlaw Field** concert venue are just down the road as well.

If I were the owner of this over $2 million, 5,845 square-foot property, I'd have to have horses in the backyard,

AD



HEARD ON KEY




WINCO FOODS REMOVES CHECKOUTS IN OREGON

AD

Medicare Giving F
Dental Implants Free With Medic

https://kool965.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-need

Kool SUPER HITS 96.5fm

AD QuickLiveNews
1 Click 'LIVE NOW' 2 Add app 3 Access live news online
LIVE NOW >

HOME | ON AIR | LISTEN | KOOL KLUB | WEATHER | MORE | CONTACT US

LISTEN NOW James Rabe

WHAT'S HOT: WIN ROARING SPRINGS TICKETS | DINING DEALS - SEIZE THE DEAL | DRIVE MEANS DRIVE | DOWNLOAD THE KOOL APP




SHARE ON FACEBOOK SHARE ON TWITTER

Did you know that just down the street from the **Old Idaho Penitentiary** in Boise sits a five-bedroom, architectural piece of art? I first passed by the property two summers ago when I took part in a tour of the prison that opened its doors in 1872.

The Old Idaho State Penitentiary turns 150 years old this year. This also means it began operating the same year **Yellowstone National Park** was founded, which celebrated its anniversary officially on March 1. What might be equally as interesting as the penitentiary up the road, is a medieval-inspired home located just blocks away.

I've stood in front of the dwelling known by many as the "**Boise Castle Home**," and marveled at this incredible property that sticks out like a sore thumb in the surrounding neighborhood. It's actually a cool area of Boise, as the **Idaho Botanical Gardens** and the **Outlaw Field** concert venue are just down the road as well.

If I were the owner of this over $2 million, 5,845 square-foot property, I'd have to have horses in the backyard,

AD
View PDF
View PDF
View PDF
Open

AS HEARD ON-AIR




AD
UNITED MEDIA
How a Country
A Navy Defea
the Largest Blac
Read more

https://newsradio1310.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home

KLIX NEWS RADIO 96.1 FM 1310 AM

AD QuickLiveNews
1 Click 'WATCH LIVE' 2 Add app 3 Access live news online
WATCH LIVE >

HOME | ON-AIR | LISTEN | LOYAL LISTENER CLUB | NEWS | MORE

LISTEN NOW with Bill Colley

TRENDING: WIN PASSES TO ROARING SPRINGS | DOWNLOAD OUR APP | MAGIC VALLEY NEWS | IDAHO & REGIONAL NEWS | NATIONAL NEWS | DRIVE MEANS DRIVE



# A MOAT TO KEEP SOLICITORS OUT IS ALL THIS IDAHO CASTLE HOME NEEDS

Greg Jannetta | Published: March 2, 2022

YouTube

SHARE ON FACEBOOK SHARE ON TWITTER

Did you know that just down the street from the **Old Idaho Penitentiary** in Boise sits a five-bedroom, architectural piece of art? I first passed by the property two summers ago when I took part in a tour of the prison that opened its doors in 1872.

The Old Idaho State Penitentiary turns 150 years old this year. This also means it began operating the same year **Yellowstone National Park** was founded, which celebrated its anniversary officially on March 1. What might be equally as interesting as the penitentiary up the road, is a medieval-inspired home located just blocks away.

I've stood in front of the dwelling known by many as the "**Boise Castle Home**," and marveled at this incredible property that sticks out like a sore thumb in the surrounding neighborhood. It's actually a cool area of Boise, as the **Idaho Botanical Gardens** and the **Outlaw Field** concert venue are just down the road as well.

If I were the owner of this over $2 million, 5,845 square foot property, I'd have to have horses in the backyard,

Earth View
Earth View 3D
Earth View 360°
Open

AS HEARD ON-AIR

LOOK: VANDALS WRECK ... AT IDAHO STATE PARK

IF YOU GOT 12 ANSWERS IN ... YOU HAVE AN IQ

https://newsradio1310.com/ixp/96/p/look-vandals-wreck-2-bathrooms-at-idaho-state-park/

https://kissfm1053.com/a-moat-to-keep-solicitors-out-is-all-this-idaho-castle-home-ne

105.3 KISS FM ALL THE HITS

HOME | ON AIR | LISTEN | APP | WIN STUFF | WEATHER | MORE

LISTEN LIV Brooke & Jeffr

WHAT'S NEW: DUA LIPA AT ACL | TICKET COUNTER | DOWNLOAD OUR APP | HOMETOWN MOMENTS | TRI-CITIES NEWS




HEARD ON AIR




SHARE ON FACEBOOK SHARE ON TWITTER

Did you know that just down the street from the **Old Idaho Penitentiary** in Boise sits a five-bedroom, architectural piece of art? I first passed by the property two summers ago when I took part in a tour of the prison that opened its doors in 1872.

The Old Idaho State Penitentiary turns 150 years old this year. This also means it began operating the same year **Yellowstone National Park** was founded, which celebrated its anniversary officially on March 1. What might be equally as interesting as the penitentiary up the road, is a medieval-inspired home located just blocks away.

I've stood in front of the dwelling known by many as the "**Boise Castle Home**," and marveled at this incredible property that sticks out like a sore thumb in the surrounding neighborhood. It's actually a cool area of Boise, as the **Idaho Botanical Gardens** and the **Outlaw Field** concert venue are just down the road as well.

If I were the owner of this over $2 million, 5,845 square-foot property, I'd have to have horses in the backyard,

16. On or about August 26, 2020, Defendant copied and posted Copyrighted Photographs 2 to the following website(s):

- https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds



https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/

1043 WOW COUNTRY

AD
PROMO CODES AVAILABLE SEE CODES
The Coupon-Finding Browser Extension

HOME | ON-AIR | LISTEN | APP | WIN STUFF | EVENTS

LISTEN NOW
The Bobby Bones Show

These pictures are breathtaking. What detail! It is simply stunning! If you've got $2 mil laying around and are looking for the perfect home I would love to come to the housewarming party... fair warning though... I may never leave.

## LAKEMOUNT LANE HOME




Image 1 of 12

## CHECK THIS OUT: THIS TEXAS HOME BOASTS ITS OWN BEACH AND ZIPLINE


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY
FROM LIBERTY'S FRONTLINE
98769468_25_4
INTERMOUNTAIN MLS
Image 2 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY FROM LIBERTY'S FRONTLINE
genMid.98769468_1_4
Image 3 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY FROM LIBERTY'S FRONTLINE
98769468_28_4
Image 4 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY FROM LIBERTY'S FRONTLINE
98769468_26_4
INTERMOUNTAIN MLS
Image 5 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
~4.06 ACRES
TWO PRIVATE LAKES
INTERMOUNTAIN
MLS
AD
WGN 720
HOW ABOUT
FREEDOM?
10 MIN DAILY
FROM LIBERTY'S FRONTLINE
98769468_33_4
Image 6 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY FROM LIBERTY'S FRONTLINE
98769468_20_4
INTERMOUNTAIN MLS
Image 7 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY FROM LIBERTY'S FRONTLINE
genMid.98769468_4_4
INTERMOUNTAIN MLS
Image 8 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY FROM LIBERTY'S FRONTLINE
genMid.98769468_10_4
Image 9 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY
FROM LIBERTY'S FRONTLINE
genMid.98769468_11_2
INTERMOUNTAIN MLS
Image 10 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY FROM LIBERTY'S FRONTLINE
genMid.98769468_14_4
INTERMOUNTAIN MLS
Image 11 of 12
AD
Putin tortures Christians.


https://1043wowcountry.com/boise-resort-style-oasis-for-sale-with-pool-and-2-private-ponds/
AD
WGN 720
HOW ABOUT FREEDOM?
10 MIN DAILY
FROM LIBERTY'S FRONTLINE
genMid.98769468_5_4
INTERMOUNTAIN MLS
Image 12 of 12
AD
Putin tortures Christians.

17. On or about May 13, 2021, Defendant copied and posted Copyrighted Photographs 3 to the following website(s):

- https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years




https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest Home
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 8
INTERMOUNTAIN MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 7
INTERMOUNTAIN MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 6
NTERMOUNTAIN
MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest Home
INTERMOUNTAIN
MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 93
INTERMOUNTAIN MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 91
INTERMOUNTAIN MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 9
INTERMOUNTAIN MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 5
INTERMOUNTAIN
MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 92
MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 4
INTERMOUNTAIN MLS
AD


https://1043wowcountry.com/incredible-boise-home-doubled-in-value-in-just-4-years/
AD
Support people of Ukraine
Your donations help us to provide humanitarian relief to millions of suffering people
Silver Crest 3
INTERMOUNTAIN
MLS
AD




18. Defendant is not and has never been licensed to use or display Plaintiff's Copyrighted Photographs. Defendant never contacted Plaintiff to seek permission to use Plaintiff's Copyrighted Photographs in connection with its website or for any other purpose.

19. Upon information and belief, Defendant located copies of Plaintiff's Copyrighted Photographs on the internet and, rather than contact Plaintiff to secure licenses, simply copied Plaintiff's Copyrighted Photographs for its own commercial use.

20. Plaintiff first discovered Defendant's unauthorized use of Plaintiff's Copyrighted Photographs on or about September 29, 2021 (Copyrighted Photographs 1), and February 15, 2023 (Copyrighted Photographs 2 and Copyrighted Photographs 3). Following Plaintiff's

discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of Plaintiff's Copyrighted Photographs.

21. As of the date of this filing, despite Plaintiff providing explicit information and documentation regarding Townsquare's infringing use of Plaintiff's Copyrighted Photographs detailed above, Defendant has failed to remove its infringing use of Plaintiff's Copyrighted Photographs.

## COUNT I: COPYRIGHT INFRINGEMENT

22. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

23. Plaintiff's Copyrighted Photographs are original works of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

24. David Fish owns a valid copyright in Plaintiff's Copyrighted Photographs, having registered Plaintiff's Copyrighted Photographs with the Register of Copyrights.

25. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

26. Defendant reproduced, distributed, and publicly displayed Plaintiff's Copyrighted Photographs without authorization from Plaintiff.

27. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Plaintiff's Copyrighted Photographs for its own commercial purposes.

28. Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

29. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

30. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of Plaintiff's Copyrighted Photographs and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of Plaintiff's Copyrighted Photographs, which amounts shall be proven at trial.

31. Alternatively, to the extent infringement by Defendant of Plaintiff's Copyrighted Photographs occurred post-registration or within the three (3) month period between first publication and registration, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

32. To the extent infringement by Defendant of Plaintiff's Copyrighted Photographs occurred post-registration or within the three (3) month period between first publication and registration, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct pursuant to 17 U.S.C. § 505 for such infringement of the corresponding Plaintiff's Copyrighted Photographs.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A declaration that Defendant has infringed Plaintiff's copyrights in Plaintiff's Copyrighted Photographs;

b. A declaration that such infringement is willful (to the extent applicable);

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election (to the extent applicable), an award of statutory damages for willful infringement up to $150,000.00 for infringement of each photograph comprising the Work.

d. Awarding Plaintiff its costs and (if applicable) reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market Plaintiff's Copyrighted Photographs or to participate or assist in any such activity; and

f. For such other relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: July 25, 2024

**The Law Office of David C. Deal, P.L.C.**

*/s/ David C. Deal*
David C. Deal
117 4th Street NE
Charlottesville, VA 22902
Telephone: (434) 261-2704
Email: david@daviddeal.com
*Counsel for Plaintiff*